THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID GOEBEL, | CASE NO. C20-0272-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| FEDERAL AVIATION ADMINISTRATION, an agency of the United States of America, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadlines to confer and to propose a case schedule (Dkt. No. 16). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion and ORDERS that:

1. The parties must confer regarding Defendant Federal Aviation Administration's disclosures no later than August 14, 2020; and
2. The parties must file a joint status report proposing a case schedule no later than August 14, 2020.

//

//

MINUTE ORDER
C20-0272-JCC
PAGE - 1

DATED this 3rd day of August 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C20-0272-JCC
PAGE - 2