THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID GOEBEL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL AVIATION ADMINISTRATION,<br>an agency of the United States of America,<br><br>　　　　　Defendant. | CASE NO. C20-0272-JCC<br><br>MINUTE ORDER |

　　The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　This matter comes before the Court on the parties' stipulated motion to extend the deadline to propose a case schedule (Dkt. No. 18). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion and ORDERS that the parties must file a proposed case schedule no later than August 28, 2020.

　　DATED this 17th day of August 2020.

　　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　s/Tomas Hernandez
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER
C20-0272-JCC
PAGE - 1