THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID GOEBEL,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL AVIATION ADMINISTRATION,<br>an agency of the United States of America,<br><br>    Defendant. | CASE NO. C20-0272-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to set a briefing schedule (Dkt. No. 20). Having thoroughly considered the motion and the relevant record and finding good cause, the Court hereby GRANTS the motion and ORDERS that:

1. Defendant must file a motion for summary judgment and any supporting evidence no later than October 9, 2020;

2. Plaintiff must file a combined response brief and cross-motion for summary judgment and any supporting evidence no later than November 6, 2020;

3. Defendant must file its reply brief in support of its motion for summary judgment no later than November 20, 2020; and

4. Plaintiff must file his reply brief in support of his cross-motion for summary judgment no later than December 9, 2020.

DATED this 28th day of August 2020.

William M. McCool<br>
Clerk of Court

s/Tomas Hernandez<br>
Deputy Clerk