THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DAVID GOEBEL, | CASE NO. C20-0272-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| FEDERAL AVIATION ADMINISTRATION, an agency of the United States of America, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for relief from deadlines and to set a joint status report (Dkt. No. 22). Having thoroughly considered the motion and the relevant record and finding good cause, the Court hereby GRANTS the motion and ORDERS that:

1. The briefing schedule in this matter (Dkt. No. 21) is STRICKEN.
2. The parties are ordered to submit a joint status report in this matter no later than October 22, 2020. The report should include a proposed new briefing schedule. If the parties are unable to agree on any part of the report, they may answer in separate paragraphs; no separate reports are to be filed.

MINUTE ORDER
C20-0272-JCC
PAGE - 1

DATED this 9th day of October 2020.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER
C20-0272-JCC
PAGE - 2