THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID GOEBEL, | CASE NO. C20-0272-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| FEDERAL AVIATION ADMINISTRATION, an agency of the United States of America, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for relief from deadlines (Dkt. No. 26). Having thoroughly considered the motion and the relevant record and finding good cause, the Court hereby GRANTS the motion and ORDERS the parties to submit a joint status report in this matter no later than November 19, 2020. The report should include a proposed new briefing schedule. If the parties are unable to agree on any part of the report, they may answer in separate paragraphs; no separate reports are to be filed.

//

//

//

MINUTE ORDER
C20-0272-JCC
PAGE - 1

1      DATED this 5th day of November 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
